UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCKINNEY GRIFF INC,<br><br>    Plaintiff,<br><br>    v.<br><br>GOLDEN EAGLE INSURANCE CORPORATION,<br><br>    Defendant. | Case No. 14-cv-04127-NC<br><br>**ORDER FOR RESPONSE FROM PLAINTIFF**<br><br>Re: Dkt. No. 31 |

The Court hereby requests that McKinney respond to Golden Eagle's evidentiary objections raised on pgs. 17-20 of its Reply Brief. *See* Dkt. No. 31. McKinney's response is due by September 25, 2015.

**IT IS SO ORDERED.**

Dated: September 21, 2015

                                          NATHANAEL M. COUSINS
                                          United States Magistrate Judge

Case No. 14-cv-04127-NC