# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCKINNEY GRIFF, INC., dba MERRITT RESTAURANT & BAKERY,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN EAGLE INSURANCE CORP., and others,<br><br>Defendants. | Case No. 14-cv-04127 NC<br><br>**ORDER RE: NOTICE OF SETTLEMENT**<br><br>Dkt. No. 44 |

The Court acknowledges the Notice of Settlement filed October 5 and thanks the parties and Magistrate Judge Sallie Kim for their efforts at resolving this dispute. Until a dismissal is filed, the case deadlines and trial date remain in place. Pretrial filings including motions in limine are due October 21. Accordingly, by October 16 the parties must file a notice of dismissal or an updated explanation of the settlement status. The Court's ruling on summary judgment will remain under submission until October 16.

IT IS SO ORDERED.

Date: October 9, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 14-cv-04127  NC