1  STANLEY R. PARRISH, SBN 137624
2  TIM O'CONNOR, SBN 151110
   LAW OFFICES OF STANLEY R. PARRISH
3  7862 Winding Way, Box 302
   Fair Oaks, CA 95628
4  (916) 536-0330
   (916) 961-4636 (fax)
5  Email - stan@stanparrishlaw.com
   Attorneys for Plaintiff
6  McKINNEY GRIFF, INC., dba
   MERRITT RESTAURANT & BAKERY
7

8  PAMELA E. COGAN (SBN 105089)
   BLAKE J. RUSSUM (SBN 258031)
9  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500
10 Redwood City, CA  94063-2052
   Telephone:     (650) 364-8200
11 Facsimile:     (650) 780-1701
   Email:         pcogan@rmkb.com; brussum@rmkb.com
12
   Attorneys for Defendant, GOLDEN EAGLE INSURANCE
13 COPORATION

14                      UNITED STATES DISTRICT COURT

15                      NORTHERN DISTRICT OF CALIFORNIA

16

17

| | |
|---|---|
| 18  McKINNEY GRIFF, INC., dba MERRITT RESTAURANT & BAKERY | CASE NO.  C14-04127 NC |
| 19                    Plaintiff, | **STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| 20  v. | |
| 21  GOLDEN EAGLE INSURANCE CORPORATION, LIBERTY MUTUAL INSURANCE, AND DOES 1-100 INCLUSIVE, | [Fed. Rule. Civ. Proc. Rule 41(a)] |
| 22  | |
| 23  | |
| 24                    Defendant. | |

25

26   **IT IS HEREBY STIPULATED** by and between Plaintiff, McKINNEY GRIFF, INC.,

27 dba MERRITT RESTAURANT & BAKERY, and Defendant, GOLDEN EAGLE INSURANCE

28 CORPORATION, by and through their respective attorneys of record, that the above-captioned

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Redwood City*

1  action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to

2  Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own fees and costs.

3  Dated: October 23, 2015                                LAW OFFICE OF STANLEY R. PARRISH

5  By: /s/ *Stanley R. Parrish*_____
     STANLEY R. PARRISH
     TIM O'CONNOR
     Attorneys for Plaintiffs
     McKINNEY GRIFF, INC., dba
     MERRITT RESTAURANT & BAKERY

9  Dated: October 23, 2015                                ROPERS, MAJESKI, KOHN & BENTLEY

11 By: /s/ *Pamela E. Cogan*_____
     PAMELA E. COGAN
     BLAKE J. RUSSUM
     Attorneys for Defendant
     GOLDEN EAGLE INSURANCE
     CORPORATION

### ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action shall be, and hereby is dismissed in its entirety with prejudice as to all parties and claims.  Each party shall bear its own fees and costs.

Dated:   October 23, 2015

Hon. Nathanael M. Cousins

**GRANTED**
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4815-1779-6905.1  — - 2 - —  STIPULATION AND ORDER DISMISSING ENTIRE ACTION; CASE NO. C14-04127 NC